IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 2 7 2004
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| LAURA BASS and SEBRON SIMPSON, individually and on behalf of all others similarly situated | PLAINTIFFS |
| V. | NO. 3:04-CV-726BN |
| EDUCATIONAL TESTING SERVICE | DEFENDANT |

**NOTICE OF RULING BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 16 2004

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1643*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE EDUCATIONAL TESTING SERVICE PLT 7-12 TEST SCORING LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation currently consists of the four actions in the Eastern District of Louisiana, three actions in the Eastern District of Pennsylvania, two actions each in the Western District of Louisiana and the Northern District of Ohio, and one action each in the Middle District of Louisiana and the Southern District of Ohio as listed on the attached Schedule A.[1] Before the Panel is a motion, as amended, pursuant to 28 U.S.C. § 1407, brought by common defendant Educational Testing Service (ETS) for coordinated or consolidated pretrial proceedings of the actions in the Eastern District of Louisiana. Plaintiff in one Northern District of Ohio action opposes the motion; should the Panel order transfer over her objections, then this plaintiff would support the Northern District of Ohio as transferee district. All other responding plaintiffs support the motion for transfer, but disagree upon the appropriate transferee forum. These plaintiffs variously suggest the Eastern District of Louisiana, the District of New Jersey, the Northern District of Ohio, the Southern District of Ohio and the Eastern District of Pennsylvania.

On the basis of the papers filed and hearing session held, the Panel finds that these thirteen actions involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise out of an anomaly in scoring the "Praxis Principles of Learning and Teaching: Grades 7-12" test in connection with nine test administrations between

---

[*] Judge Motz took no part in the decision of this matter.

[1] The parties have notified the Panel of ten related actions pending as follows: two actions each in the Middle District of Louisiana, the District of New Jersey and the Northern District of Ohio; and one action each in the Western District of Kentucky, the Western District of Louisiana, the Southern District of Mississippi and the Middle District of Tennessee. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

January 2003 and April 2004, which resulted in approximately 4,100 candidates nationwide receiving non-passing scores when they should have received passing scores. The actions share allegations that ETS breached contractual and/or other duties owed to plaintiffs and members of putative nationwide classes in the administration, grading and reporting of the exams at issue. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

Given the range of locations of parties and putative class members in this docket and the geographic dispersal of current and anticipated constituent actions, an array of suitable transferee districts presents itself. In concluding that the Eastern District of Louisiana is an appropriate forum for this docket, we note that this district, where four actions are already pending, provides an accessible, metropolitan location with favorable caseload conditions. Furthermore, centralization in this forum allows the Panel to assign this litigation to an available transferee judge with prior, successful experience in the management of Section 1407 litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Sarah S. Vance for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*/s/ Wm. Terrell Hodges*

Wm. Terrell Hodges
Chairman

## SCHEDULE A

### MDL-1643 -- In re Educational Testing Service PLT 7-12 Test Scoring Litigation

#### Eastern District of Louisiana

*Lois Adams, et al. v. Educational Testing Service*, C.A. No. 2:04-1997
*Christal Aguillard, et al. v. Educational Testing Service*, C.A. No. 2:04-2122
*James R. Johnson v. Educational Testing Service*, C.A. No. 2:04-2291
*Rolanda Thigpen v. Educational Testing Services, Inc.*, C.A. No. 2:04-2305

#### Middle District of Louisiana

*Steven G. Miller v. Educational Testing Service, et al.*, C.A. No. 3:04-563

#### Western District of Louisiana

*Shawn M. Gary, et al. v. Educational Testing Service*, C.A. No. 2:04-1583
*Ian Cohen, et al. v. Educational Testing Services, Inc.*, C.A. No. 2:04-1686

#### Northern District of Ohio

*Katherine J. Brouse v. Educational Testing Service*, C.A. No. 1:04-1599
*Janet Riehle v. Educational Testing Service*, C.A. No. 3:04-7430

#### Southern District of Ohio

*Paul A. Perrea, et al. v. Educational Testing Service*, C.A. No. 1:04-492

#### Eastern District of Pennsylvania

*Eric Rutledge, et al. v. Educational Testing Service*, C.A. No. 2:04-3465
*Michelle T. Kochensky v. Educational Testing Services*, C.A. No. 2:04-3794
*Raffael M. Billet v. Educational Testing Service*, C.A. No. 2:04-3795

## CERTIFICATE OF SERVICE

I, J. Cal Mayo, Jr., one of the attorneys for Defendant, do certify that I have this date delivered by United States mail, postage fully prepaid, a true and correct copy of the above and foregoing document to the following attorneys:

Robert W. Moak
Post Office Box 242
402 Monticello Street
Bogue Chitto, Mississippi 39629

Justin Witkin, Esq.
Bryan Aylstock, Esq.
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, Florida 32561

ATTORNEYS FOR PLAINTIFFS

THIS, the 22 day of December, 2004.

J. CAL MAYO, JR.